

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Nicholas P. Melito, Esq.*
*Writer's Direct Dial (516) 470-0183*
*Writer's Fax: (516) 237-2893*
*Email: nmelito@meltzerlippe.com*

November 29, 2018

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court, S.D.N.Y.
40 Centre Street, Room 2202
New York, New York 10007

        Re:    *Sayodi v. Highgate Hotels, L.P., et al.*
                Docket No. 18-cv-10989 (JMF)
                MLGB File No.: 13629-00060

Dear Judge Furman:

      This firm is counsel to Highgate Hotels, L.P. and Knickerbocker Hotel (collectively, "Defendants"), in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rule 1(E), we write to respectfully request Defendants' time to respond to the Complaint be extended until December 17, 2018. Currently, Defendants' time to respond to the Complaint is December 3, 2018.

      Given our recent retention, Defendants respectfully request a brief extension until December 17, 2018 to enable the undersigned to gather all information relevant to the allegations raised in the Complaint and prepare a response. This is Defendants' first request for an extension. This extension will not affect any other deadline, and opposing counsel consents to same. Finally, the date of the parties' next scheduled appearance before the Court is March 14, 2019 for an Initial Pretrial Conference.

      We sincerely thank the Court for its time and consideration of the foregoing request.

                                                        Respectfully submitted,

                                                        Nicholas P. Melito

cc:    All Counsel *(via ECF)*