UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  Case No.: 18 Civ. 10989 (JMF)
NAIM SAYODI, RAY SANCHEZ, and ABU OMAR, on
behalf of themselves and all others similarly situated,

**NOTICE OF MOTION**

                              Plaintiffs,

       -against-

HIGHGATE HOTELS, L.P., and KNICKERBOCKER
HOTEL,
                            Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Declaration of Chaya M. Gourarie dated December 16, 2018, the exhibits annexed thereto, and upon all of the pleadings and proceedings heretofore had herein, the Plaintiffs will move this Court before Hon. Jesse M. Furman, in the United States District Court, Southern District of New York at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date set by the Court, for an order:

1. Pursuant to 28 USC § 1447, remanding this action to the New York State Supreme Court;

2. Pursuant to FRCP 41(a)(2), for leave of Court voluntarily dismissing Plaintiffs' single federal cause of action, 29 U.S.C. § 203(m) and (t); and

3. Granting all such other and further relief that this Court deems just and proper.

Dated: New York, New York
         December 16, 2018

                                            JOSEPH & NORINSBERG, LLC

                                            By: _____
                                            Chaya M. Gourarie, Esq.
                                            225 Broadway, Suite 2700
                                            New York, New York 10007
                                            Tel: (212) 227-5700
                                            Fax: (212) 406-6890
                                            *Attorneys for Plaintiffs and Putative Class*

TO:

MELTZER, LIPPE, GOLDSTEIN &
BREITSTONE, LLP
Nicholas P. Melito, Esq.
190 Willis Avenue
Mineola, New York 11501
Tel: (516) 747-0300
Fax: (845)-624-3821
*Attorneys for Defendants*