

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Nicholas P. Melito, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 183*
*Writer's Facsimile: (516) 237-2893*
*Email: nmelito@meltzerlippe.com*

January 15, 2019

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court, S.D.N.Y.
40 Centre Street, Room 2202
New York, New York 10007

          **Re:** *Naim Sayodi v. Highgate Hotels, L.P., et al.*
                **Docket No.: 18 Civ. 10989 (JMF)**
                **MLGB File No. 13629-00060**

Dear Judge Furman:

    This Firm represents Highgate Hotels, L.P. and the Knickerbocker Hotel (collectively, "Defendants") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules and Practices, Rule No. 3(G), to respectfully request oral argument in connection with Plaintiffs' Motion to Remand (ECF No. 13). In considering whether to grant oral argument, Defendants note this request is also being made pursuant to Rule No. 2(D) of Your Honor's Individual Rules and Practices.

    We sincerely thank the Court for its time and consideration for the foregoing request.

                                            Respectfully submitted,

                                            Nicholas P. Melito

cc:    All counsel of Record *(Via Email)*

870834-1