# JOSEPH & NORINSBERG, LLC

225 Broadway Suite 2700
New York, NY 10007
Telephone (212) 227-5700
Fax (212) 406-6890

_____

www.employeejustice.com

January 18, 2019

**Via ECF**
The Honorable Jesse M. Furman U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:   *Naim Sayodi et al. v. Highgate Hotels, L.P., et al.,*
              *Docket No. 18 Civ. 10989 (JMF)*

Dear Judge Furman:

      This firm represents Plaintiff Naim Sayodi ("Plaintiff") in the above-referenced employment matter against Defendants, on behalf of himself and all others similarly situated. We write now to respectfully request a two-week extension of time to file a reply to Defendants' opposition to our Motion to Remand [Dkt. No. 20], from January 22, 2019 to February 5, 2019. Counsel for Defendants, Nicholas Melito, Esq., takes no position as to this request. This is the first such request for an extension.

      The reason for this request is that Plaintiff's Counsel has several pressing legal deadlines during the second half of January 2019, including but not limited to, a reply memorandum of law in further support of a motion for class certification in the matter of Green v. Humana At Home, Inc., No. 16-cv-07586-AJN-BCM (S.D.N.Y.), and perfecting an appeal in the matter of Prospect Funding Holdings LLC v. Jon L. Norinsberg (First Department; Appeal No.: 2018-3814).

      Based on the foregoing, we respectfully request a two-week extension of time to file a reply to Defendants' opposition to our Motion to Remand [Dkt. No. 20], from January 22, 2019 to February 5, 2019.

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              _____
                              Chaya M. Gourarie, Esq.